```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BANJO MCLACHLAN,

      Plaintiff,

  - against -

OPTYX, LLC,

      Defendant.

**25 Civ. 00271 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

  A Complaint in the above captioned matter was filed on January 13, 2025. (Dkt. No. 1.) Defendant filed an Answer to the Complaint on April 3, 2025. (Dkt. No. 2.)

  Accordingly, the parties are hereby directed to submit a joint letter, within twenty-one (21) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on

2

Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   7 April 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.